No. 01–1393.   COLKITT v. GFL ADVANTAGE FUND, LTD.   C. A. 3d Cir.   Certiorari denied.

No. 01–1396.   PACKARD v. CONTINENTAL AIRLINES, INC.   C. A. 10th Cir.   Certiorari denied.

No. 01–1499.   CARSON v. NEWS-JOURNAL CORP. ET AL.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 01–1504.   CELTRONIX TELEMETRY, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 01–1509.   SEITZ v. SPEAGLE ET UX.   Sup. Ct. N. C.   Certiorari denied.

No. 01–1514.   COLEMAN ET AL. v. PREUSSAG AKTIENGESELLSCHAFT.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 01–1515.   CITY OF DETROIT ET AL. v. LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS.   C. A. 6th Cir.   Certiorari denied.

No. 01–1528.   ALTMAN v. KAPTURE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 01–1530.   L. C., A MINOR v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 01–1532.   IN RE KITTRELL.   Sup. Ct. Cal.   Certiorari denied.

No. 01–1533.   LEONARD, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, LEONARD, ET AL. v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–1535.   CASSATA, DIRECTOR, ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL. v. WESTON ET AL.   Ct. App. Colo.   Certiorari denied.

No. 01–1540.   MICHIGAN v. SCHWESING.   Ct. App. Mich.   Certiorari denied.